UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


AMER QURAN,

       Petitioner,

v.                         Case No. 3:26-cv-739-MMH-SJH

WARDEN FLORIDA BAKER
CORRECTIONAL INSTITUTE, et al.,

       Respondents.

_____

### ORDER

Petitioner's request for dismissal of his case (Doc. 9) is **GRANTED**. This case is **DISMISSED without prejudice**. The **Clerk** shall terminate any pending motions and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of May, 2026.

**MARCIA MORALES HOWARD**
United States District Judge


Jax-9 5/28
c:    Counsel of Record